# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**423**

**TP 13-01867**

PRESENT: SCUDDER, P.J., CENTRA, CARNI, SCONIERS, AND WHALEN, JJ.

---

IN THE MATTER OF DEBRA A. GACEK, PETITIONER,

               V                               ORDER

NEW YORK STATE DIVISION OF HUMAN RIGHTS AND
ERIE COUNTY SHERIFF'S OFFICE, RESPONDENTS.

---

LINDY KORN, BUFFALO, FOR PETITIONER.

CAROLINE J. DOWNEY, GENERAL COUNSEL, BRONX (MARILYN BALCACER OF COUNSEL), FOR RESPONDENT NEW YORK STATE DIVISION OF HUMAN RIGHTS.

MICHAEL A. SIRAGUSA, COUNTY ATTORNEY, BUFFALO (MICHELLE PARKER OF COUNSEL), FOR RESPONDENT ERIE COUNTY SHERIFF'S OFFICE.

---

Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by an order of the Supreme Court, Erie County [Christopher J. Burns, J.], entered October 17, 2013) to review a determination of respondent New York State Division of Human Rights. The determination adjudged that respondent Erie County Sheriff's Office did not engage in unlawful discriminatory practice against petitioner.

It is hereby ORDERED that the determination is unanimously confirmed without costs and the petition is dismissed.

Entered: May 9, 2014                               Frances E. Cafarell
                                                    Clerk of the Court